DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

23 AUGUST 2012

| 253P12 | In the Matter of: C.M. and B.M. | Respondent-Mother's *Pro Se* Motion for NOA (COA11-1356) | Dismissed *Ex Mero Motu* |
|---|---|---|---|
| 254P12 | State v. Jerry Dehart | 1. Def's *Pro Se* Motion for Appropriate Relief<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 1. Dismissed<br><br>2. Allowed |
| 256P12 | State v. Demario Jaquinta Rollins | 1. Def's NOA Based Upon a Constitutional Question (COA11-969)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. State's Motion to Dismiss Appeal | 1. - - -<br><br>2. Denied<br><br>3. Allowed |
| 257P12 | State v. Tony Larette Bristow | Def's PDR Under N.C.G.S. § 7A-31 (COA11-1423) | Denied |
| 259P05-2 | State v. Kunta Kinte Windley | Def's *Pro Se* Petition for *Writ of Mandamus* (COAP11-54) | Dismissed as Moot 07/19/12 |
| 259P12 | Jada Marie Lampkin by and through her GAL, Stephen Lapping, and James Conrad v. Housing Management Resources, Inc., Catawba-Hickory Limited Partnership, and Silver Street Development Corporation and Housing Management Resources, Inc., and Catawba-Hickory Limited Partnership, Third-Party Plaintiffs v. Valerie Raulerson, a/k/a Valerie Davis, Third-Party Defendant | Plts' PDR Under N.C.G.S. § 7A-31 (COA11-1062) | Denied |
| 261P12 | State v. Demeatrius Antonio Montgomery | 1. Def's NOA Based Upon a Constitutional Question (COA11-1134)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. State's Motion to Dismiss Appeal | 1. - - -<br><br>2. Denied<br><br>3. Allowed |